## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Bronwyn Heidi Ellen Roberts,                )<br>                                                              )<br>                                                              )<br>            Plaintiff,                              )<br>                                                              )<br>     vs.                                              )<br>                                                              )<br>Carolyn W. Colvin, Acting Commissioner  )<br>of Social Security Administration,        )<br>                                                              )<br>            Defendant.                         )<br>                                                              )<br>_____ ) | Civil Action No. 0:13-68-RMG<br><br>**ORDER** |

This matter comes before the Court on Plaintiff's motion for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Dkt. No. 33). Plaintiff seeks an award of $6,879.88, representing 4.40 hours of attorney time at $177.91 per hour during calendar year 2011 and 33.0 hours of attorney time at $184.76 per hour for calendar year 2013. (Dkt. No. 23-2). The Commissioner has advised the Court she does not oppose Plaintiff's motion. (Dkt. No. 34).

The Court has reviewed the motion and memorandum of Plaintiff, as well as the supporting underlying documentation, and finds that the total fee request, hours expended, and hourly rates are reasonable and authorized under applicable law. *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002). Therefore, the Court hereby grants an EAJA award to Plaintiff in the amount of $6,879.88. This award is subject to the Treasury Offset Program, 31 U.S.C. § 3716(c)(1)(B). In the event Plaintiff has no present debt subject to offset and Plaintiff has executed a proper assignment to her counsel, Defendant is directed to make the payment due herein to Plaintiff's

counsel. If Plaintiff has no present debt subject to offset and no proper assignment has been made by Plaintiff to her counsel, Defendant is directed to make the check due pursuant to this Order payable to Plaintiff and to deliver the check to Plaintiff's counsel.

AND IT IS SO ORDERED.

Richard Mark Gergel
United States District Judge

July 21, 2014
Charleston, South Carolina